# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WILLIS ALPHONSO REDDICK,**

    Petitioner,

v.                                           Case No. 4:19cv364-MW/CAS

**STATE OF FLORIDA,**

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation to Transfer § 2254 Petition. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The case file, including any service copies and pending motions, is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings." The Clerk shall close the file.

**SO ORDERED on September 10, 2019.**

                                                      <u>s/ MARK E. WALKER</u>
                                                      **Chief United States District Judge**